O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL, as Trustee and successor in interest to BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br> v.<br><br>RICHARD OLEA; CLAYTON M. BERNARD EX,<br><br>    Defendants.<br>_____ | Case No. CV 12-09686 DDP (PJWx)<br><br>**ORDER TO SHOW RE: AMOUNT IN CONTROVERSY** |

 Defendants are ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendants appear to have removed the action to this court on the basis of federal question jurisdiction. (Notice of Removal ¶19.) "Under the longstanding well-pleaded complaint rule, however, a suit 'arises under' federal law only when the plaintiff's statement of his own cause of action shows that it is based upon federal law." Vaden v. Discover Bank, 556 U.S. 49, 60 (2009) (quotation, citation, and alteration omitted). "Federal law" cannot be predicated on a defense or counterclaim. Id. No federal question

appears from the face of the complaint, so it does not appear that the court has jurisdiction on the basis of a federal question.

    Defendants also appear to have removed the action on the basis of diversity jurisdiction. (Notice of Removal ¶ 21.) This court has original jurisdiction over actions between different states where the amount in controversy exceeds $75,000.[1]  28 U.S.C. 1332(a). It is not clear to the court that the complaint alleges damages that meet the $75,000 jurisdictional requirement. The only damages apparently alleged in the complaint are "the fair rental value of the premises" at $50 per day. (Compl., Exh. 1.)

    Accordingly, Defendants are ordered to file a brief, not to exceed five pages, by Friday, January 4, 2013, showing cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. Failure to file a brief in accordance with this Order will be deemed consent to remand of this action.

IT IS SO ORDERED.

Dated: December 17, 2012

DEAN D. PREGERSON
United States District Judge

---

[1] In Defendants' filing at Dkt. No. 6, they assert that the damages incurred to the defendant are in excess of $75,000 as indicated in the Notice of Removal. The court cannot locate that figure in the Notice of Removal and notes that in any case, the amount in controversy must be at issue in the Complaint itself.