JS - 6

cc: order, docket, remand letter to Los Angeles Superior Court, Van Nuys Courthouse,East No. 12B04980

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL, as Trustee and successor in interest to BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD OLEA; CLAYTON M. BERNARD EX,<br><br>Defendants. | Case No. CV 12-09686 DDP (PJWx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than January 4, 2013, why this action should not be remanded and the moving party having failed to correctly respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 28, 2013

DEAN D. PREGERSON
United States District Judge